IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLBERTO COTTON CAMACHO, | 1:09-cv-00634-GSA (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| P.L. VAZQUEZ, et al., | (Docs. 1 and 2) |
| Defendants. | ORDER REQUIRING PLAINTIFF TO SUBMIT SIGNED FORMS WITHIN THIRTY DAYS |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, neither the complaint nor the application to proceed in forma pauperis was signed. Each document submitted for filing <u>must</u> include the original signature of the filing party or parties. Local Rule 7-131; Fed. R. Civ. P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unsigned complaint and in forma pauperis application are stricken from the record;

///

-1-

2. The Clerk's Office shall send Plaintiff a complaint form and an application to proceed in forma pauperis;

3. Within **thirty (30) days** of the date of service of this order, Plaintiff shall file a signed complaint and either file a signed application to proceed in forma pauperis or pay the $350.00 filing fee for this action in full; and

4. **Failure to comply with this order will result in a recommendation that this action be dismissed, without prejudice.**

IT IS SO ORDERED.

Dated: **April 13, 2009**        **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE